People v Lewis (2025 NY Slip Op 50045(U))

[*1]

People v Lewis (Jefrey)

2025 NY Slip Op 50045(U)

Decided on January 22, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on January 22, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570650/18

The People of the State of New York, Respondent,
against
Jefrey Lewis, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Phyllis Chu, J.), rendered August 16, 2018, after a jury trial, convicting him of two counts of forcible touching and one count of sexual abuse in the third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Phyllis Chu, J.), rendered August 16, 2018, reversed, on the law, and a new trial ordered. 
Defendant alleges and the People concede that the trial court erred in precluding cross-examination into allegations of the testifying police officers' prior misconduct made in two pending civil lawsuits, without considering the factors set forth in People v Smith, 27 NY3d 652 (2016). The People also concede the error was not harmless.
Because a new trial is required, we pass on no other issue.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: January 22, 2025